# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ATONIO RAMIREZ, et. al, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HG STAFFING, LLC, MEI-GSR HOLDINGS, LLC d/b/a GRAND SIERRA RESORT, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:16−cv−00318−LRH−WGC<br><br>**ORDER REGARDING:**<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR CIRCULATION OF NOTICE PURSUANT TO 29 U.S.C §216(b)**<br><br>**(First Request)** |

Plaintiffs and Defendants, by and through their respective counsel of record, do hereby agree and stipulate to extend the time to respond to Plaintiffs' Motion for Circulation of Notice Pursuant to 29 U.S.C §216(b), from Monday, November 27, 2017, up to and including Friday, December 1, 2017. This extension is requested in good faith as Defendants must respond to four (4) such motions, filed simultaneously, in four (4) related cases and counsel for Defendants had scheduled time off due to the intervening Thanksgiving Holiday and to undergo a medical procedure on November 27th.

Accordingly, based on the foregoing and for good cause appearing, the Parties, by and through their respective counsel of record, do hereby stipulate and agree that the time for Defendants response to time to respond to Plaintiffs' Motion for Circulation of Notice Pursuant

to 29 U.S.C §216(b), from Monday, November 27, 2017, is extended and is now due on Friday, December 1, 2017.

Dated this 21st day of November 2017.          Dated this 21st day of November 2017.

  COHEN|JOHNSON|PARKER|EDWARDS          THIERMAN LAW GROUP

By: _/s/ Chris Davis_                           By: _/s/ Leah L. Jones_
    H. Stan Johnson, Esq.                         Mark R. Theirman, Esq
    Nevada Bar No. 00265                          Nevada Bar No. 8285
    Chris Davis, Esq.                             Joshua D. Buck, Esq.
    Nevada Bar No. 6616                           Nevada Bar No. 12187
    255 E Warm Springs Rd., Suite 100             Leah L. Jones, Esq.
    Las Vegas, Nevada 89119                       Nevada Bar No. 13161
    Attorneys for Defendants                      7287 Lakeside Drive
                                                  Reno, Nevada 89511
                                                  Attorneys for Plaintiffs

## **ORDER**

**IT IS SO ORDERED**, nunc pro tunc.

DATED this 28th day of November, 2017.

                                            _____
                                            LARRY R. HICKS
                                            UNITED STATES DISTRICT JUDGE