**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ATONIO RAMIREZ, et. al, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HG STAFFING, LLC, MEI-GSR HOLDINGS, LLC d/b/a GRAND SIERRA RESORT, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:16−cv−00318−LRH−WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFFS' MOTION TO STAY, AND/OR TO DISMISS WITHOUT PREJUDICE WITH TOLLING**<br><br>**(First Request)** |

Plaintiffs and Defendants, by and through their respective counsel of record, have agreed to extend the time to respond to Plaintiffs' Motion to Stay, and/or to Dismiss without Prejudice with Tolling, from Thursday, January 18, 2018, up to and including Wednesday, January 31, 2018. This extension is requested in good faith as Defendants must respond to five (5) such motions, filed simultaneously, in five (5) related cases and counsel for Defendants had a prior vacation scheduled during the time period to respond.

Accordingly, based on the foregoing and for good cause appearing, the Parties, by and through their respective counsel of record, do hereby stipulate and agree that the time for

Defendants' response to Plaintiffs' Motion to Stay, and/or to Dismiss without Prejudice with Tolling, is extended and is now due on Wednesday, January 31, 2018.

Dated this 12th day of January 2018.                Dated this 12th day of January 2018.

  COHEN|JOHNSON|PARKER|EDWARDS        THIERMAN LAW GROUP

By: _/s/ Chris Davis_ _                             By: _/s/ Leah L. Jones_ _
    H. Stan Johnson, Esq.                         Mark R. Theirman, Esq
    Nevada Bar No. 00265                           Nevada Bar No. 8285
    Chris Davis, Esq.                              Joshua D. Buck, Esq.
    Nevada Bar No. 6616                            Nevada Bar No. 12187
    255 E Warm Springs Rd., Suite 100              Leah L. Jones, Esq.
    Las Vegas, Nevada 89119                        Nevada Bar No. 13161
    Attorneys for Defendants                       7287 Lakeside Drive
                                                   Reno, Nevada 89511
                                                   Attorneys for Plaintiffs

## ORDER

    **IT IS SO ORDERED.**

    DATED this 17th day of January, 2018.

                                                                                  LARRY R. HICKS
                                                                                  UNITED STATES DISTRICT JUDGE